# EXHIBIT A

## Just One Look ™

Alabama's ON-DEMAND Public Access to Trial Court Records.
www.AlacourtAccess.com

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: PATRICIA LOZANO**



County: **02**     Case Number: **CV-2020-900121.00**     Court Action:

Style: **WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**

**Real Time**

### Case

#### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **02-MOBILE** | Case Number: | **CV-2020-900121.00** | Judge: | **BHB:BEN H. BROOKS** |
| Style: | **WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL** | | | | |
| Filed: | **01/15/2020** | Case Status: | **ACTIVE** | Case Type: | **BAD FAITH/FRAUD/MISR** |
| Trial Type: | **JURY** | Track: | **FAST** | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **6** | | |

#### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: |
| Dispositon Date of Appeal: | | Disposition Judge: : | | Disposition Type: |
| Revised Judgement Date: | | Minstral: | | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | |

#### Comments

Comment 1:

Comment 2:

#### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: |
| Appeal Status: | | Orgin Of Appeal: | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | |

#### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: |
| Number of Subpoenas: | | Last Update: | **01/16/2020** | Updated By: **JOD** |

### Settings

#### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | **10/09/2020** | **001** | **09:00 AM** | **READ - CERT TO BE FILED** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - WINBORN WANDA

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | WINBORN WANDA | Type: | I-INDIVIDUAL |
| Index: | D UNIVERSITY O | Alt Name: | | Hardship: No | JID: BHB |
| Address 1: | 75 ST. MICHAEL STREET | | | Phone: (205) 000-0000 | |
| Address 2: | | | | | |
| City: | MOBILE | State: | AL | Zip: 36602-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: F | Race: |

#### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

#### Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

#### Attorneys

| Number | Agency Code | Type of Counsel | Name | Email | Telephone |
|---|---|---|---|---|---|
| Attorney 1 | JAC024 | | JACKSON SIDNEY WARREN III | SID@JACKSONFOSTERLAW.COM | (251) 433-6699 |
| Attorney 2 | HAR396 | | HARBEN CHRISTIAN WILLIAM | CHRISTIAN@JACKSONFOSTERLAW.COM | (251) 433-6699 |

### Party 2 - Defendant BUSINESS - UNIVERSITY OF PHOENIX, INC.

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | UNIVERSITY OF PHOENIX, INC. | Type: | B-BUSINESS |
| Index: | C WINBORN WAND | Alt Name: | | Hardship: No | JID: BHB |
| Address 1: | 641 SOUTH LAWRENCE STREET | | | Phone: (205) 000-0000 | |
| Address 2: | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

#### Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | **01/15/2020** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **01/16/2020** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | **01/21/2020** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 3 - Defendant BUSINESS - THE SALLIE MAE TRUST FOR EDUCATION

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D002-Defendant** | Name: | **THE SALLIE MAE TRUST FOR EDUCATION** | | | Type: | **B-BUSINESS** |
| Index: | **C WINBORN WAND** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **1209 ORANGE STREET** | | | Phone: | **(205) 000-0000** | | |
| Address 2: | | | | | | | |
| City: | **WILMINGTON** | State: | **DE** | Zip: | **19801-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | **$0.00** | Court Action For: | | Exemptions: | |
| Cost Against Party: | **$0.00** | Other Cost: | **$0.00** | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | **01/15/2020** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | **01/16/2020** | Reissue Type: | **C-CERTIFIED MAIL** |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | **01/23/2020** | Service Type | **C-CERTIFIED MAIL** | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 4 - Defendant BUSINESS - NAVIENT CORPORATION

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D003-Defendant** | Name: | **NAVIENT CORPORATION** | | | Type: | **B-BUSINESS** |
| Index: | **C WINBORN WAND** | Alt Name: | | Hardship: | **No** | JID: | **BHB** |
| Address 1: | **251 LITTLE FALLS DRIVE** | | | Phone: | **(205) 000-0000** | | |

Address 2:
City: **WILMINGTON** State: **DE** Zip: **19808-0000** Country: **US**
SSN: **XXX-XX-X999** DOB: Sex: Race:

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **01/15/2020** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **01/16/2020** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **01/23/2020** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| | Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | | |

---

### Party 5 - Defendant BUSINESS - ASCENDIUM EDUCATION SOLUTIONS, INC.

## Party Information

| | | |
|---|---|---|
| Party: **D004-Defendant** | Name: **ASCENDIUM EDUCATION SOLUTIONS, INC.** | Type: **B-BUSINESS** |
| Index: **C WINBORN WAND** | Alt Name: | Hardship: **No** JID: **BHB** |
| Address 1: **2501 INTERNATIONAL LANE** | | Phone: **(205) 000-0000** |
| Address 2: | | |
| City: **MADISON** | State: **WI** | Zip: **53704-0000** Country: **US** |
| SSN: **XXX-XX-X999** | DOB: | Sex: Race: |

## Court Action

| | | |
|---|---|---|
| Court Action: | | Court Action Date: |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **01/15/2020** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **01/16/2020** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **01/21/2020** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone | |
|---|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | | |

## Party 6 - Defendant BUSINESS - PIONEER CREDIT RECOVERY, INC.

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | D005-Defendant | Name: | PIONEER CREDIT RECOVERY, INC. | | | Type: | B-BUSINESS | |
| Index: | C WINBORN WAND | Alt Name: | | Hardship: | No | JID: | BHB | |
| Address 1: | 641 SOUTH LAWRENCE STREET | | | Phone: | (205) 000-0000 | | | |
| Address 2: | | | | | | | | |
| City: | MONTGOMERY | State: | AL | Zip: | 36104-0000 | Country: | US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | | |

### Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | Status Description: |

### Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 01/15/2020 | Issued Type: C-CERTIFIED MAIL | Reissue: 01/16/2020 | Reissue Type: C-CERTIFIED MAIL |
| Return: | | Return Type: | Return: | Return Type: |
| Served: | 01/21/2020 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone | |
|---|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | | |

## Party 7 - Defendant BUSINESS - CENTRAL RESEARCH, INC.

### Party Information

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party: | D006-Defendant | Name: | CENTRAL RESEARCH, INC. | | | Type: | B-BUSINESS | |
| Index: | C WINBORN WAND | Alt Name: | | Hardship: | No | JID: | BHB | |
| Address 1: | 6 OFFICE PARK CIRCLE #100 | | | Phone: | (205) 000-0000 | | | |
| Address 2: | | | | | | | | |
| City: | MOUNTAIN BROOK | State: | AL | Zip: | 35233-0000 | Country: | US | |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: | | |

## Court Action

| | | | |
|---|---|---|---|
| Court Action: | | Court Action Date: | |
| Amount of Judgement: **$0.00** | Court Action For: | Exemptions: | |
| Cost Against Party: **$0.00** | Other Cost: **$0.00** | Date Satisfied: | |
| Comment: | | Arrest Date: | |
| Warrant Action Date: | Warrant Action Status: | Status Description: | |

## Service Information

| | | | |
|---|---|---|---|
| Issued: **01/15/2020** | Issued Type: **C-CERTIFIED MAIL** | Reissue: **01/16/2020** | Reissue Type: **C-CERTIFIED MAIL** |
| Return: | Return Type: | Return: | Return Type: |
| Served: **01/24/2020** | Service Type **C-CERTIFIED MAIL** | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | WIL318 | | EASON LESLIE KALI | LEASON@GRSM.COM | (404) 978-7329 |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| **ACTIVE** | **N** | **AOCC** | **C001** | **000** | **$41.10** | $41.10 | $0.00 | $0.00 | 0 |
| **ACTIVE** | **N** | **CONV** | **C001** | **000** | **$0.00** | $20.04 | $0.00 | $0.00 | 0 |
| **ACTIVE** | **N** | **CV05** | **C001** | **000** | **$315.00** | $315.00 | $0.00 | $0.00 | 0 |
| **ACTIVE** | **N** | **JDMD** | **C001** | **000** | **$100.00** | $100.00 | $0.00 | $0.00 | 0 |
| **ACTIVE** | **N** | **VADM** | **C001** | **000** | **$45.00** | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $501.10 | $521.14 | -$20.04 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | CREDIT | CONV | 2020084 | 5230440 | $20.04 | C001 | 000 | | N | | | BEL |
| 01/16/2020 | RECEIPT | AOCC | 2020084 | 5230430 | $41.10 | C001 | 000 | | N | | | BEL |
| 01/16/2020 | RECEIPT | CV05 | 2020084 | 5230450 | $315.00 | C001 | 000 | | N | | | BEL |
| 01/16/2020 | RECEIPT | JDMD | 2020084 | 5230460 | $100.00 | C001 | 000 | | N | | | BEL |
| 01/16/2020 | RECEIPT | VADM | 2020084 | 5230470 | $45.00 | C001 | 000 | | N | | | BEL |

## Case Action Summary

| Date: | Time | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 1/15/2020 | 7:03 PM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | FILE | FILED THIS DATE: 01/15/2020 | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | ECOMP | COMPLAINT E-FILED. | | JAC024 |
| 1/15/2020 | 7:03 PM | TDMJ | JURY TRIAL REQUESTED | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 1/15/2020 | 7:03 PM | ASSJ | ASSIGNED TO JUDGE: BEN H. BROOKS | (AV01) | AJA |

| 1/15/2020 | 7:03 PM | C001 | C001 PARTY ADDED: WINBORN WANDA        (AV02) | AJA |
|---|---|---|---|---|
| 1/15/2020 | 7:03 PM | C001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | C001 | LISTED AS ATTORNEY FOR C001: JACKSON SIDNEY WARRE | AJA |
| 1/15/2020 | 7:03 PM | C001 | C001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | C001 | LISTED AS ATTORNEY FOR C001: HARBEN CHRISTIAN WIL | AJA |
| 1/15/2020 | 7:03 PM | D001 | D001 PARTY ADDED: UNIVERSITY OF PHOENIX, INC. | AJA |
| 1/15/2020 | 7:03 PM | D001 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D001 | CERTIFIED MAI ISSUED: 01/15/2020 TO D001    (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D001 | D001 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D002 | D002 PARTY ADDED: THE SALLIE MAE TRUST FOR EDUCATI | AJA |
| 1/15/2020 | 7:03 PM | D002 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D002 | CERTIFIED MAI ISSUED: 01/15/2020 TO D002   (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D002 | D002 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D003 | D003 PARTY ADDED: NAVIENT CORPORATION        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D003 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D003 | LISTED AS ATTORNEY FOR D003: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D003 | CERTIFIED MAI ISSUED: 01/15/2020 TO D003   (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D003 | D003 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D004 | D004 PARTY ADDED: ASCENDIUM EDUCATION SOLUTIONS, I | AJA |
| 1/15/2020 | 7:03 PM | D004 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D004 | LISTED AS ATTORNEY FOR D004: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D004 | CERTIFIED MAI ISSUED: 01/15/2020 TO D004   (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D004 | D004 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D005 | D005 PARTY ADDED: PIONEER CREDIT RECOVERY, INC. | AJA |
| 1/15/2020 | 7:03 PM | D005 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D005 | LISTED AS ATTORNEY FOR D005: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D005 | CERTIFIED MAI ISSUED: 01/15/2020 TO D005   (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D005 | D005 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D006 | D006 PARTY ADDED: CENTRAL RESEARCH, INC.   (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D006 | INDIGENT FLAG SET TO: N        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D006 | LISTED AS ATTORNEY FOR D006: PRO SE        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D006 | D006 E-ORDER FLAG SET TO "Y"        (AV02) | AJA |
| 1/15/2020 | 7:03 PM | D006 | CERTIFIED MAI ISSUED: 01/15/2020 TO D006   (AV02) | AJA |
| 1/16/2020 | 8:04 AM | TRAC | CASE ASSIGNED TO: FAST        TRACK        (AV01) | JOD |
| 1/16/2020 | 8:04 AM | DAT4 | FOR: CERT TO BE FILED ON 10/09/2020 @ 0900A (AV01) | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D001 | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D002 | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D003 | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D004 | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D005 | JOD |
| 1/16/2020 | 8:10 AM | SORD | SERVICE ORDER SENT TO D006 | JOD |
| 1/16/2020 | 8:58 AM | ESCAN | SCAN - FILED 1/16/2020 - PRE TRIAL ORDER | JOD |
| 1/21/2020 | 12:27 PM | D004 | SERVICE OF CERTIFIED MAI ON 01/21/2020 FOR D004 | AJA |
| 1/21/2020 | 12:28 PM | ESERC | SERVICE RETURN - D004 - COMPLAINT | |
| 1/21/2020 | 6:04 PM | D005 | SERVICE OF CERTIFIED MAI ON 01/21/2020 FOR D005 | AJA |
| 1/21/2020 | 6:04 PM | D001 | SERVICE OF CERTIFIED MAI ON 01/21/2020 FOR D001 | AJA |
| 1/21/2020 | 6:05 PM | ESERC | SERVICE RETURN - D005 - COMPLAINT | |
| 1/21/2020 | 6:05 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |
| 1/23/2020 | 12:36 PM | D003 | SERVICE OF CERTIFIED MAI ON 01/23/2020 FOR D003 | AJA |
| 1/23/2020 | 12:37 PM | D002 | SERVICE OF CERTIFIED MAI ON 01/23/2020 FOR D002 | AJA |
| 1/23/2020 | 12:37 PM | ESERC | SERVICE RETURN - D003 - COMPLAINT | |

| 1/23/2020 | 12:38 PM | ESERC | SERVICE RETURN - D002 - COMPLAINT | |
|-----------|----------|-------|-----------------------------------|--|
| 1/24/2020 | 6:27 PM | D006 | SERVICE OF CERTIFIED MAI ON 01/24/2020 FOR D006 | AJA |
| 1/24/2020 | 6:28 PM | ESERC | SERVICE RETURN - D006 - COMPLAINT | |
| 2/13/2020 | 3:42 PM | EMOT | D006-EXTENSION OF TIME FILED. | WIL318 |
| 2/13/2020 | 4:01 PM | D006 | LISTED AS ATTORNEY FOR D006: EASON LESLIE KALI | AJA |
| 2/13/2020 | 4:02 PM | EMOT | D006-EXTENSION OF TIME /DOCKETED | BEL |
| 2/13/2020 | 4:09 PM | JEORDE | ORDER GENERATED FOR EXTENSION OF TIME - RENDERED & ENTERED: 2/13/2020 4:09:59 PM - ORDER J | |

## Images

| Date: | Doc# | Title | Description | Pages |
|-------|------|-------|-------------|-------|
| 1/15/2020 7:03:23 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 1/15/2020 7:03:23 PM | 2 | COMPLAINT | | 9 |
| 1/15/2020 7:03:23 PM | 3 | REQUEST FOR PRODUCTION(R34) | Requests for Production to University of Phoenix, Inc. | 3 |
| 1/15/2020 7:03:23 PM | 4 | REQUEST FOR PRODUCTION(R34) | Requests for Production to The Sallie Mae Trust for Education | 3 |
| 1/15/2020 7:03:23 PM | 5 | REQUEST FOR PRODUCTION(R34) | Requests for Production to Navient Corp. | 3 |
| 1/15/2020 7:03:23 PM | 6 | REQUEST FOR PRODUCTION(R34) | Requests for Production to Ascendium Education Solutions, Inc. | 3 |
| 1/15/2020 7:03:23 PM | 7 | REQUEST FOR PRODUCTION(R34) | Requests for Production to Pioneer Credit Recover, Inc. | 3 |
| 1/15/2020 7:03:23 PM | 8 | REQUEST FOR PRODUCTION(R34) | Requests for Production to Central Research, Inc. | 3 |
| 1/15/2020 7:04:36 PM | 9 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 7 |
| 1/15/2020 7:04:37 PM | 10 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 6 |
| 1/16/2020 8:58:04 AM | 11 | PRE TRIAL ORDER | | 4 |
| 1/21/2020 12:28:09 PM | 12 | SERVICE RETURN | SERVICE RETURN - D004 - COMPLAINT | 1 |
| 1/21/2020 12:28:15 PM | 13 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/21/2020 6:05:19 PM | 14 | SERVICE RETURN | SERVICE RETURN - D005 - COMPLAINT | 1 |
| 1/21/2020 6:05:26 PM | 15 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/21/2020 6:05:34 PM | 16 | SERVICE RETURN | SERVICE RETURN - D001 - COMPLAINT | 1 |
| 1/21/2020 6:05:38 PM | 17 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/23/2020 12:37:11 PM | 18 | SERVICE RETURN | SERVICE RETURN - D003 - COMPLAINT | 1 |
| 1/23/2020 12:37:19 PM | 19 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/23/2020 12:38:08 PM | 20 | SERVICE RETURN | SERVICE RETURN - D002 - COMPLAINT | 1 |
| 1/23/2020 12:38:13 PM | 21 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/24/2020 6:28:47 PM | 23 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |
| 1/24/2020 6:28:43 PM | 22 | SERVICE RETURN | SERVICE RETURN - D006 - COMPLAINT | 1 |
| 2/13/2020 3:42:31 PM | 24 | MOTION_COVER_SHEET | Motion Cover Sheet | 1 |
| 2/13/2020 3:42:31 PM | 25 | MOTION | Defendant Central Research, Inc.'s Unopposed Motion For Extension of Time to Respond to Plaintiff's Complaint and First Set of Discovery to Defendant | 2 |
| 2/13/2020 3:42:33 PM | 26 | MOTION - TRANSMITTAL | E-NOTICE TRANSMITTALS | 9 |
| 2/13/2020 4:09:54 PM | 27 | ORDER | MOTION GRANTED - Extension of Time | 1 |
| 2/13/2020 4:09:56 PM | 28 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 8 |

 **END OF THE REPORT**

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93    Rev. 9/18 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case<br>02...<br><br>Date of Filing:<br>01/15/2020 | Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN v. UNIVERSITY OF PHOENIX, INC. ET AL**

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
               ☐ Government  ☐ Other                ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
      Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
      Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM       O ☐ OTHER
                      DISTRICT COURT

        R ☐ REMANDED            T ☐ TRANSFERRED FROM
                      OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

_____JAC024_____          _____1/15/2020 7:03:20 PM_____          ___/s/ SIDNEY W. JACKSON III___
                              Date                          Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**      ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**   ☐ YES ☑ NO

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **WANDA WINBORN,** | |
|     **Plaintiff,** | |
| **v.** | **CASE NO.:** |
| **UNIVERSITY OF PHOENIX, INC.; THE SALLIE MAE TRUST FOR EDUCATION; NAVIENT CORPORATION; ASCENDIUM EDUCATION SOLUTIONS, INC.; PIONEER CREDIT RECOVERY, INC.; CENTRAL RESEARCH INC.,** | |
|     **Defendants.** | **<u>TRIAL BY JURY DEMANDED</u>.** |

## <u>COMPLAINT</u>

COMES NOW the Plaintiff, Wanda Winborn, and claims of the Defendants as follows:

## <u>PARTIES AND JURISDICTION</u>

1. Plaintiff Wanda Winborn is a resident citizen of Mobile, Alabama and is over the age of nineteen years.

2. Defendant University of Phoenix, Inc. ("University of Phoenix") is a corporation formed in Arizona with a registered office street address in Montgomery, Alabama.

3. Defendant The Sallie Mae Trust for Education is a statutory trust formed in Delaware with a registered address in Wilmington, Delaware.

4. Defendant Navient is a corporation formed in Delaware with a registered address in Wilmington, Delaware.

5. Defendant Ascendium Education Solutions, Inc. is a corporation formed in Wisconsin with a registered address in Madison, Wisconsin.

6. Defendant Pioneer Credit Recovery, Inc. is a corporation formed in Delaware with a registered office mailing address in Montgomery, Alabama.

7. Defendant Central Research, Inc. is a corporation formed in Arkansas with a registered office mailing address in Mountain Brook, Alabama.

8. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

9. Venue is proper in this Court pursuant to *Ala. Code* § 6-3-7(a)(1).

## FACTS

1. In 2005, through an offer by Plaintiff's employer to pay her tuition in full, Plaintiff enrolled in the University of Phoenix to obtain a degree online.

2. Around this time in 2005, while Plaintiff was at her home in Mobile, Alabama, Plaintiff received an unsolicited telephone call from a financial aid employee of Phoenix offering Plaintiff a student loan. Plaintiff declined the loan and advised the caller that her employer was paying her tuition. That was that.

3. As Plaintiff's education at the University of Phoenix progressed, Plaintiff began receiving unsolicited checks from the University of Phoenix financial aid department in various amounts, totaling thousands of dollars.

4. As her full tuition was paid by her employer, Plaintiff returned the money to the University of Phoenix by personal check and Phoenix cashed the checks. This continued on for some time. Plaintiff never retained or used any of the money forwarded to Plaintiff by the University of Phoenix.

5. Plaintiff graduated from the University of Phoenix in 2010. The accounts of the University of Phoenix relating to Plaintiff's tuition showed no money owed by Plaintiff to Phoenix for tuition  (her employer paid the tuition!)  and plaintiff had no reason to

believe that she had voluntarily taken out a student loan to pay for the same schooling her employer had already paid.

6. Over the subsequent years, until 2019, Plaintiff did not reasonably believe that, in fact, an actual loan had been taken out in her name and her name apparently forged on the alleged loan documents. Plaintiff never signed or authorized her signature on any loan documents.

7. Because Plaintiff did not owe any money to anyone and had returned the money forwarded to her from the University of Phoenix, she did not believe that she owed any money for any student loans. Plaintiff was surprised when she began receiving phone calls from debt collectors. Plaintiff explained to the debt collectors that she did not have a student loan and did not owe anyone any money. Plaintiff thought the collection attempts were part of a scam. However, the calls persisted.

8. In order to stop the harassing phone calls, she contacted the Better Business Bureau, the Alabama Attorney General's office, the Federal Trade Commission, and the Consumer Financial Protection Bureau, and consulted with a private lawyer. Plaintiff understood from her complaints and discussions with these entities that because she did not owe any money the harassment should stop.

9. Then, without any lawsuit being threatened or filed, and no judgment being taken against Plaintiff, in 2019, Plaintiff's Social Security check was garnished in the amount of approximately $155.00 per month by Defendant Central Research, Inc. This is the first damage Plaintiff incurred as a result of the Defendant's wrongful conduct. Up until this time, Plaintiff believed that the harassing phone calls were due to a mistake or a scam by collection agencies to dupe persons into believing they owe money on a legitimate loan.

10. Upon information and belief, Defendant University of Phoenix, Inc. fraudulently instituted a loan in Plaintiff's name. That loan was taken out with Defendant Sallie Mae Trust for Education. Sallie Mae subsequently split into separate entities with one of those entities being Defendant Navient who held the fraudulent loans. After the Defendants claimed the loans were in default, the loan was bought by Defendant Ascendium Education Solutions, Inc. Defendants Pioneer Credit Recovery, Inc. and Central Research, Inc. have made attempts to collect and have collected on the fraudulent loan. Defendants are part of a conspiracy to create, fund and collect on fraudulent loans.

11. The wrongful conduct of Defendants includes:

    a.  forging Plaintiff's name on loan documents or otherwise creating bogus loan documents in order to obtain funds from the Federal Government to fund the loans;

    b.  loaning Plaintiff money that she did not agree to or need;

    c.  creating a scam to add interest and charges to the phony loans in order to generate income and to unjustly enrich themselves;

    d.  wrongfully using the federal government to access Plaintiff's Social Security checks;

    e.  conspiring among themselves to create a phony loan;

    f.  engaging in a pattern and practice of fraudulent conduct to make phony loans to Plaintiff and other individuals;

    g.  causing Plaintiff to be harassed by debt collectors for a debt the Plaintiff never agreed to;

    h.  attempting to collect on a void note;

i. failing to abide by the rules, regulations, statutes and duties of good faith required of Defendants;

j. Not affirmatively advising Plaintiff that there was a bogus loan in her name when Plaintiff returned the money to Phoenix;

k. Failing to train, monitor and instruct its employees to be fair and honest and to not engage in criminal conduct, whereas, to the contrary, Defendants concocted a scheme to defraud Plaintiff;

l. When purchasing the fraudulent loan, and servicing the fraudulent loan debt, not using due diligence to review the file and see that the money had been sent back to Phoenix;

m. Not performing routine audits to determine the loan was bogus and fraudulent;

n. Allowing the University of Phoenix to obtain funds to fund fraudulent loans without proper oversight, monitoring, auditing, checks and balances.

12. Such conduct is indecent, outrageous and beyond all semblance of what a civilized society requires. The conduct of the Defendants is intentional, fraudulent, gross, wanton, negligent, and in violation of Alabama law.

13. The statute of limitations for the causes of action alleged in this Complaint are tolled pursuant to *Ala. Code* § 6-2-3.

## CAUSES OF ACTION

### Count I
### *Fraud*

14. Plaintiff incorporates by reference the allegations in the above and foregoing and all other parts of the Complaint as if set forth in full herein.

15. Defendants fraudulently instituted loans that Plaintiff never wanted or needed. Defendants made willful misrepresentations of material fact when they told Plaintiff she owed money on those fraudulently instituted loans. Plaintiff told Defendants that she did not want or need the loans, and Defendants knew this. Nonetheless, Defendants proceeded in applying for, instituting, and subsequently collecting on the loans in Plaintiff's name. These misrepresentations were made to make Plaintiff believe she owed money on those fraudulent loans. Plaintiff's Social Security payments were eventually garnished as payment for the fraudulent loans.

16. Defendants also suppressed a material fact by not informing Plaintiff that Defendants took out student loans in her name. Plaintiff did not want or need the loans, and Defendants knew this. However, Plaintiff's Social Security payments were eventually garnished as payment for the fraudulent loans.

17. As a direct and proximate result of the fraudulent conduct of the Defendants as described above, Plaintiff sustained damages.

WHEREFORE, Plaintiff demands judgment against Defendants for actual and punitive damages in such amounts as may be awarded by a judge or jury, plus costs of court, and for such other, further, and different relief to which Plaintiff may be entitled.

## Count II
## Negligence

18. Plaintiff incorporates by reference the allegations in the above and foregoing and all other parts of the Complaint as if set forth in full herein.

19. Defendants negligently instituted and subsequently negligently collected on a fraudulent loan.

20. As a proximate result of the negligence of Defendants, Plaintiff suffered actual damages when her social security check was garnished.

WHEREFORE, the Plaintiff demands judgment against Defendants for compensatory damages in an amount in excess of the jurisdictional limit of this Court, plus interest and costs.

### Count III
### Wantonness

21. Plaintiff incorporates by reference the allegations in the above and foregoing and all other parts of the Complaint as if set forth in full herein.

22. Defendants wantonly instituted and subsequently wantonly collected on a fraudulent loan.

23. As a proximate result of the negligence of Defendants, Plaintiff suffered actual damages when her social security check was garnished.

WHEREFORE, the Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount in excess of the jurisdictional limit of this Court, plus interest and costs.

### Count IV
### Unjust Enrichment

24. Plaintiff incorporates by reference the allegations in the above and foregoing and all other parts of the Complaint as if set forth in full herein.

25. Plaintiff was satisfied with having her employer pay for her college education. However, Defendants fraudulently instituted a loan in Plaintiff's name then collected on that loan.

26. Defendants knowingly accepted and retained a benefit based on this practice of fraudulently instituting loans and collecting on those loans. That benefit was provided by the Plaintiff as the loan was fraudulently instituted in her name.

27. Plaintiff has a reasonable expectation of compensation based on the detriment caused her by Defendants.

WHEREFORE, the Plaintiff demands judgment against Defendants for compensatory damages in an amount in excess of the jurisdictional limit of this Court, plus interest and costs.

## Count V
## Outrage

28. Plaintiff incorporates by reference the allegations in the above and foregoing and all other parts of the Complaint as if set forth in full herein.

29. Defendants recklessly and intentionally instituted a fraudulent loan in Plaintiff's name. Defendants then recklessly and intentionally attempted to collect on that fraudulent loan. The purpose of this practice was monetary gain.

30. The conduct of the Defendants is extreme and outrageous because they have taken money from Plaintiff's employer as payment for her schooling. Then, Defendants fraudulently instituted a loan backed by the federal government as double payment for that same schooling. Then, Defendants have garnished Plaintiff's social security payment upon which she relies to meet her daily living needs to make payments under the fraudulently instituted loan.

31. Given the Defendant's conduct itself and the ramifications of Defendant's conduct on Plaintiff's life, the damage and emotional distress on Plaintiff is so severe that no reasonable person could be expected to endure it.

WHEREFORE, the Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount in excess of the jurisdictional limit of this Court, plus interest and costs.

**TRIAL BY JURY DEMANDED:**

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN

Respectfully submitted,

/s/ Sidney W. Jackson, III
SIDNEY W. JACKSON, III
/s/ Christian W. Harben
CHRISTIAN W. HARBEN
P.O. Box 2225
Mobile, Alabama 36652
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DEFENDANTS TO BE SERVED BY CERTIFIED MAIL:**

**University of Phoenix, Inc.**
641 South Lawrence Street
Montgomery, Alabama 36104

**The Sallie Mae Trust for Education**
1209 Orange Street
Wilmington, Delaware 19801

**Navient Corporation**
251 Little Falls Drive
Wilmington, Delaware 19808

**Ascendium Education Solutions, Inc.**
2501 International Lane
Madison, Wisconsin 53704

**Pioneer Credit Recovery, Inc.**
641 South Lawrence Street
Montgomery, Alabama 36104

**Central Research, Inc.**
6 Office Park Circle #100
Mountain Brook, Alabama 35233

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

**WANDA WINBORN,**

   **Plaintiff,**

**v.**

**UNIVERSITY OF PHOENIX, INC.;
THE SALLIE MAE TRUST FOR
EDUCATION; NAVIENT
CORPORATION;
ASCENDIUM EDUCATION
SOLUTIONS, INC.;
PIONEER CREDIT RECOVERY,
INC.; CENTRAL RESEARCH INC.,**

   **Defendants.**

**CASE NO.:**

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT UNIVERSITY OF PHOENIX, INC.

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, University of Phoenix, Inc. ("University of Phoenix"), under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

   **"Defendant," "University of Phoenix," "You," and "Your"** shall mean the Defendant University of Phoenix, Inc..

   **"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

   **"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test

reports and records of meetings, conferences, telephone conversations or other conversation or communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

**"Identify"** means to provide information including, but not limited to, the following:
1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## REQUESTS FOR PRODUCTION

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DISCOVERY TO BE SERVED WITH COMPLAINT.**

Case 1:20-cv-00101-JB-B   Document 1-1   Filed 02/20/20   Page 23 of 129   PageID #: 31

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT FOR MOBILE COUNTY, ALABAMA

**WANDA WINBORN,**

    **Plaintiff,**

**v.**

                                **CASE NO.:**

**UNIVERSITY OF PHOENIX, INC.;
THE SALLIE MAE TRUST FOR
EDUCATION; NAVIENT
CORPORATION;
ASCENDIUM EDUCATION
SOLUTIONS, INC.;
PIONEER CREDIT RECOVERY,
INC.; CENTRAL RESEARCH INC.,**

    **Defendants.**

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT THE SALLIE MAE TRUST FOR EDUCATION

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, The Sallie Mae Trust for Education, under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

    **"Defendant," "The Sallie Mae Trust for Education," "You," and "Your"** shall mean the Defendant The Sallie Mae Trust for Education.

    **"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

    **"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test

reports and records of meetings, conferences, telephone conversations or other conversation or communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

      **"Identify"** means to provide information including, but not limited to, the following:
1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## REQUESTS FOR PRODUCTION

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**<u>DISCOVERY TO BE SERVED WITH COMPLAINT</u>**.

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT FOR MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **WANDA WINBORN,** | |
| **Plaintiff,** | |
| **v.** | **CASE NO.:** |
| **UNIVERSITY OF PHOENIX, INC.; THE SALLIE MAE TRUST FOR EDUCATION; NAVIENT CORPORATION; ASCENDIUM EDUCATION SOLUTIONS, INC.; PIONEER CREDIT RECOVERY, INC.; CENTRAL RESEARCH INC.,** | |
| **Defendants.** | |

### PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT NAVIENT CORPORATION

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, Navient Corporation, under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

**"Defendant," "Navient "You," and "Your"** shall mean the Defendant Navient Corporation.

**"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

**"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test reports and records of meetings, conferences, telephone conversations or other conversation or

communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

**"Identify"** means to provide information including, but not limited to, the following:
1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## <u>REQUESTS FOR PRODUCTION</u>

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DISCOVERY TO BE SERVED WITH COMPLAINT.**

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

**WANDA WINBORN,**

    **Plaintiff,**

**v.**

**UNIVERSITY OF PHOENIX, INC.;
THE SALLIE MAE TRUST FOR
EDUCATION; NAVIENT
CORPORATION;
ASCENDIUM EDUCATION
SOLUTIONS, INC.;
PIONEER CREDIT RECOVERY,
INC.; CENTRAL RESEARCH INC.,**

    **Defendants.**

**CASE NO.:**

### PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT ASCENDIUM EDUCATION SOLUTIONS, INC.

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, Ascendium Education Solutions, Inc., under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

    **"Defendant," "Ascendium Education Solutions, Inc.," "You," and "Your"** shall mean the Defendant Ascendium Education Solutions, Inc.

    **"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

    **"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test

reports and records of meetings, conferences, telephone conversations or other conversation or communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

**"Identify"** means to provide information including, but not limited to, the following:

1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## REQUESTS FOR PRODUCTION

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

DOCUMENT 6

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DISCOVERY TO BE SERVED WITH COMPLAINT**.

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

**WANDA WINBORN,**

    **Plaintiff,**

**v.**

                                 **CASE NO.:**

**UNIVERSITY OF PHOENIX, INC.;
THE SALLIE MAE TRUST FOR
EDUCATION; NAVIENT
CORPORATION;
ASCENDIUM EDUCATION
SOLUTIONS, INC.;
PIONEER CREDIT RECOVERY,
INC.; CENTRAL RESEARCH INC.,**

    **Defendants.**

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT PIONEER CREDIT RECOVERY, INC.

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, Pioneer Credit Recovery, Inc., under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

    **"Defendant," "Pioneer Credit Recovery, Inc.," "You," and "Your"** shall mean the Defendant Pioneer Credit Recovery, Inc.

    **"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

    **"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test

reports and records of meetings, conferences, telephone conversations or other conversation or communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

**"Identify"** means to provide information including, but not limited to, the following:

1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## REQUESTS FOR PRODUCTION

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DISCOVERY TO BE SERVED WITH COMPLAINT**.

ELECTRONICALLY FILED
1/15/2020 7:03 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **WANDA WINBORN,** | |
|     **Plaintiff,** | |
| **v.** | **CASE NO.:** |
| **UNIVERSITY OF PHOENIX, INC.; THE SALLIE MAE TRUST FOR EDUCATION; NAVIENT CORPORATION; ASCENDIUM EDUCATION SOLUTIONS, INC.; PIONEER CREDIT RECOVERY, INC.; CENTRAL RESEARCH INC.,** | |
|     **Defendants.** | |

## PLAINTIFF'S FIRST SET OF DISCOVERY TO DEFENDANT CENTRAL RESEARCH, INC.

COMES NOW the Plaintiff, Wanda Winborn, and propounds the following discovery to Defendant, Central Research, Inc., under the *Alabama Rules of Civil Procedure* as follows:

Unless otherwise indicated, the following definitions shall be applicable to these discovery requests:

**"Defendant," "Central Research, Inc.," "You," and "Your"** shall mean the Defendant Central Research, Inc.

**"Person"** shall mean any individual, partnership, firm, association, corporation, or other business, government, or legal entity.

**"Document"** is used in the broadest sense and shall mean papers, books, accounts, drawings, graphs, charts, photographs, electronic or video recordings, and any other data compilations from which information can be obtained and translated, if necessary, by the person from whom production is sought, into reasonably usable form. Examples of printed "documents" include: books, records, manuals, statements, minutes, letters, correspondence, memorandum reports, lists, studies, surveys, directives, agreements, contracts, print-outs, telegrams, teletype, telexes, telefax, pamphlets, notes, messages, bulletins, e-mail, diary and calendar entries, maps, charts, brochures, graphics, tabulations, press releases, address books, ledgers, invoices, bills, work sheets, trip reports, receipts, returns, prospectuses, financial statements, tax returns, schedules, affidavits, applications, resumes, canceled checks, checkbooks, check stubs, check ledgers, transcripts, statistics, magazine or newspaper articles or advertisements, releases, test reports and records of meetings, conferences, telephone conversations or other conversation or

communication (including any and all drafts, alterations, modifications, changes and amendments of any of the foregoing). Examples of non-printed "documents" include: voice records and reproductions, film impressions, photographs, negatives, slides, microfilms, microfiches, e-mail, and other things that document or record ideas, words or impressions. The term "document" or "documents" further includes all punch cards, tapes, disks, or records used in electronic data processing, together with the programming instructions and other written materials necessary to understand or use such punch cards, tapes, disks or other recordings, and further includes data or data compilation in electronic or other form that can be printed through proper programming or decoding of the electronic or mechanical data storage facility.

**"Identify"** means to provide information including, but not limited to, the following:
1. With regard to a natural "person," state the name, last known residential address and phone number, and the name and address of their present employer;
2. With respect to any entity which is not a natural "person," state the entity's correct legal name, last known address, and phone number, state the nature of such entity, e.g., corporation, general partnership, etc., and if you have any business relationship with such entity – either direct or indirect – state the nature of such relationship;
3. With respect to a document, if such documents contained on the CD-ROMs or other data storage device previously produced, or are contained in further production, please identify the same by their index number; if such documents have not yet been produced, identify them by any unique index number on the documents, and by the date, title, author, recipient(s), and custodian of the document.

**"Subject incident"** refers to the events stated in Plaintiff's operative Complaint.

## REQUESTS FOR PRODUCTION

1. Any and all documents relating to any loans relating to Plaintiff Wanda Winborn including but not limited to loan assignments, transfer agreements, financial aid applications, audits, correspondence, and/or any other material.
   **RESPONSE:**
2. Any and all policies and procedures you maintain for issuing and/or servicing student loans or any other type of financial aid for students.
   **RESPONSE:**
3. Any and all documents and materials relating to training you provide to anyone working for you who solicits and/or services student loans or any other type of financial aid for students.
   **RESPONSE:**

Respectfully submitted,

*/s/ Sidney W. Jackson, III*
SIDNEY W. JACKSON, III
*/s/ Christian W. Harben*
CHRISTIAN W. HARBEN
Jackson & Foster, LLC
T: 251.433.6699
F: 251.433.6127
sid@jacksonfosterlaw.com
christian@jacksonfosterlaw.com

**DISCOVERY TO BE SERVED WITH COMPLAINT.**



AlaFile E-Notice

02-CV-2020-900121.00

To:  SIDNEY W. JACKSON III
     sid@jacksonfosterlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:     1/15/2020 7:03:23 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**USPS CERTIFIED MAIL**

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

9214 8901 7301 4102 2000 0062 59

**02-CV-2020-900121.00**

To: UNIVERSITY OF PHOENIX, INC.
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:      1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



USPS CERTIFIED MAIL

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

9214 8901 7301 4102 2000 0062 66

**02-CV-2020-900121.00**

To:   THE SALLIE MAE TRUST FOR EDUCATION
1209 ORANGE STREET
WILMINGTON, DE 19801

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:      1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



USPS CERTIFIED MAIL

9214 8901 7301 4102 2000 0062 73

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

**02-CV-2020-900121.00**

To: NAVIENT CORPORATION
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date: 1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



**USPS CERTIFIED MAIL**

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

9214 8901 7301 4102 2000 0062 80

**02-CV-2020-900121.00**

To:  ASCENDIUM EDUCATION SOLUTIONS, INC.
2501 INTERNATIONAL LANE
MADISON, WI 53704

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:     1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



**USPS CERTIFIED MAIL**

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

**9214 8901 7301 4102 2000 0062 97**

**02-CV-2020-900121.00**

To:   PIONEER CREDIT RECOVERY, INC.
      641 SOUTH LAWRENCE STREET
      MONTGOMERY, AL 36104

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:      1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



USPS CERTIFIED MAIL

**9214 8901 7301 4102 2000 0063 03**

*CIRCUIT CIVIL DIVISION*
*205 GOVERNMENT STREET*
*MOBILE, AL, 36644*

**02-CV-2020-900121.00**

To: CENTRAL RESEARCH, INC.
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL 35233

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**

**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**
**02-CV-2020-900121.00**

The following complaint was FILED on 1/15/2020 7:03:23 PM

Notice Date:     1/15/2020 7:03:23 PM

**JOJO SCHWARZAUER**
**CIRCUIT COURT CLERK**
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2020-900121.00 |
| --- | --- | --- |

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL

**NOTICE TO:** UNIVERSITY OF PHOENIX, INC., 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III                                                                                                          ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652                                                        .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ SIDNEY W. JACKSON III

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .

*(Date)*

*(Address of Server)*

_____          _____

*(Type of Process Server)*          *(Server's Signature)*          _____

*(Phone Number of Server)*

_____

*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2020-900121.00 |
| --- | --- | --- |

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL

**NOTICE TO:** THE SALLIE MAE TRUST FOR EDUCATION, 1209 ORANGE STREET, WILMINGTON, DE 19801

(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III

[Name(s) of Attorney(s)]

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652 .

[Address(es) of Plaintiff(s) or Attorney(s)]

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN

pursuant to the Alabama Rules of the Civil Procedure.

[Name(s)]

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| (Date) | (Signature of Clerk) | (Name) |

☑ Certified Mail is hereby requested.  /s/ SIDNEY W. JACKSON III

(Plaintiff's/Attorney's Signature)

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

(Name of Person Served)       (Name of County)

Alabama on _____ .

(Date)

_____    _____

(Type of Process Server)       (Server's Signature)       (Address of Server)

(Server's Printed Name)       (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2020-900121.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**

**NOTICE TO:**  NAVIENT CORPORATION, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
<em>(Name and Address of Defendant)</em>

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III                                                                           ,
<em>[Name(s) of Attorney(s)]</em>

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652                                   .
<em>[Address(es) of Plaintiff(s) or Attorney(s)]</em>

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN
pursuant to the Alabama Rules of the Civil Procedure.                                              *[Name(s)]*

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ SIDNEY W. JACKSON III
<em>(Plaintiff's/Attorney's Signature)</em>

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
<em>(Date)</em>

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
<em>(Name of Person Served)                    (Name of County)</em>

Alabama on _____.
<em>(Date)</em>

_____          _____          _____
<em>(Type of Process Server)                (Server's Signature)                       (Address of Server)</em>

_____          _____
<em>(Server's Printed Name)                  (Phone Number of Server)</em>

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>02-CV-2020-900121.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
### WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL

**NOTICE TO:** ASCENDIUM EDUCATION SOLUTIONS, INC., 2501 INTERNATIONAL LANE, MADISON, WI 53704

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ SIDNEY W. JACKSON III

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____ .

*(Date)*

_____      _____      _____
*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

_____      _____
*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2020-900121.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**

**NOTICE TO:** PIONEER CREDIT RECOVERY, INC., 641 SOUTH LAWRENCE STREET, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ SIDNEY W. JACKSON III

*(Plaintiff's/Attorney's Signature)*

# RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*     *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     *(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*     _____

_____     *(Phone Number of Server)*

*(Server's Printed Name)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>02-CV-2020-900121.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA**
**WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL**

**NOTICE TO:** CENTRAL RESEARCH, INC., 6 OFFICE PARK CIRCLE #100, MOUNTAIN BROOK, AL 35233
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SIDNEY W. JACKSON III

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2225, MOBILE, AL 36652
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WANDA WINBORN
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 01/15/2020 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ SIDNEY W. JACKSON III
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____.
*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

```
_____        *

_____        *

Plaintiff(s)                       *

vs.                                *        CIVIL ACTION NO. _____

_____        *        DATE COMPLAINT FILED _____

_____        *

Defendant(s)                       *
```

ASSIGNMENT TO EXPEDITED CASE MANAGEMENT SYSTEM AND GENERAL PRE-TRIAL ORDER

This case has been placed on the Expedited Case Management System which is designed to dispose of a case within 12 months after filing.

OBJECTION TO INCLUSION IN SYSTEM

If a party to this cause believes that the cause is extremely complex or will involve unique problems and will be impossible to prepare for trial within the time frame of the system, he may, within 40 days after the date of this order, or if the party has not been served at the date of this order, within 40 days after service, file a motion requesting that the cause not be included in the system and that the parties be allowed additional time to prepare the cause for trial. A motion filed later than the aforesaid 40 days will not be considered by the Court. Oral argument may be requested on an exclusion motion. If a cause is excluded from the system by the Court, a discovery schedule will be set by the Court after conference with the parties. If a case is so excluded the general pre-trial portion of this order will remain in effect unless specifically altered by the Court.

DISCOVERY

Unless the Court sets a shorter time, all pre-trial discovery shall be completed within 270 days after filing of the complaint unless party filing the Motion to Set and Certificate of Readiness requests an additional period of time, not to exceed 60 days, and certifies that all discovery will be concluded within that time. Notwithstanding the foregoing, for good cause shown, the Court may permit, or the parties may agree, that additional discovery procedures be undertaken anytime prior to trial, so long as such discovery can be completed so as not to require a continuance of the trial setting.

MOTION TO SET AND CERTIFICATE OF READINESS

Counsel for the plaintiff shall, and counsel for any other party may, file a Motion to Set and Certificate of Readiness, which shall be filed not later than 270 days after the filing of the complaint. If such a motion is not filed by the 280th day, the Court will place the case marked "To Be Dismissed" on a disposition docket as near as possible to the 300th day and send notice of such to all parties. If a Motion to Set and Certificate of Readiness is not received by the Court prior to the disposition date, the case will be dismissed.

The Motion to Set and Certificate of Readiness will be in a form similar to that available of in the clerk's office and will contain the following information:

(1)    The date the complaint was filed;

(2)    That the issues in the case have been defined and joined;

(3)    That all discovery has been completed or will be completed within 60 days after the filing of the Certificate of Readiness;

(4)    That a jury trial has or has not been demanded;

(5)    The expected length of the trial expressed in hours and/or days;

(6)    A brief description of the plaintiff's claim;

(7)    The names, addresses and telephone numbers of the parties or their attorneys responsible for their litigation;

(8)    That the movant certifies that all expert witnesses expected to testify at trial have been disclosed to all parties, together with a summary of their opinions;

(9)    That the movant acknowledges his/her responsibility to make all documents, exhibits, and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 days prior to trial, for inspection and copying;

(10)   That the movant certifies that he/she has read the pre-trial order, that he/she has complied with it to date and will comply with its requirements in the future.

The filing by the plaintiff of a Motion to Set and Certificate of Readiness constitutes the voluntary dismissal of all fictitious parties whose true names have not been substituted.

## CONTROVERTING CERTIFICATE

Within 14 days after a Motion to Set and Certificate of Readiness has been filed, counsel for any other party may file a Controverting Certificate specifying the particular statements contained in the Certificate of Readiness to which objection is made, and the reasons therefore. Oral argument may be requested. The Court shall thereupon enter an order placing the case on the Active Calendar either immediately or, where good cause is shown, at a specified later date.

## ACTIVE CALENDAR

Fourteen days after a Motion to Set and Certificate of Readiness is filed, if a Controverting Certificate has not been filed, the case shall be placed on the Active Calendar, unless otherwise ordered by the Court.

## SETTING FOR TRIAL

Unless specifically set by the Court, cases on the Active Calendar shall be set for trial generally in the same order as they came on the Active Calendar and as soon as possible. Preference shall be given to cases which by statute, rule or order of the Court are entitled to priority. Counsel shall be given at least sixty days notice of the trial date.

## DELAY

When a case has been set for trial, no postponement of the trial will be considered by the Court except on a written motion substantially in the form previously approved by the Court. (Obtain from the Court a Request for Delay form.)

NOTIFICATION OF SETTLEMENT

In order to provide other litigants with prompt trial settings all attorneys shall notify the Court of settlement, regardless of to status or state of the case (discovery stage, active calendar or trial calendar).

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedure, it is ORDERED by the Court that the following will apply:

1.    EXHIBITS, DOCUMENTS, AND PHYSICAL EVIDENCE, GENERALLY

a.    Each party shall identify in writing to all other parties and shall make all documents, exhibits and physical evidence, or copies thereof, expected to be used in the case in chief available to the other parties, not less than 21 says prior to trial, for inspection and copying. The same shall then be authenticated and admitted into evidence without further proof, unless written objections to any such documents or exhibits be made to the Court not less than 14 days prior to trial specifying the grounds of objection to the genuineness and relevancy of the proposed document, exhibit, or physical evidence. The requirement does not apply to documents, exhibits and physical evidence used solely as impeachment evidence.

b.    Documents, exhibits or physical evidence not timely exhibited to or made available to other parties prior to trial under this Order will not be admitted into evidence at the trial unless solely for impeachment purposes or unless the ends of justice so require.

c.    Documents, exhibits or physical evidence so admitted hereunder shall be presented to the court reporter for marking in evidence prior to trial.

2.    DOCTOR, HOSPITAL AND MEDICAL RECORDS

a.    If applicable, all doctor, medical and hospital bills shall be sent to or made available to all parties not less than 21 days before trial and shall be admitted in evidence as reasonable without further proof, unless written objection to any such bills be made to the Court no less than 14 days before trial specifying the grounds for objection.

b.    Any such bills not timely exhibited to the other parties will not be admitted in evidence at trial unless the ends of justice so require.

c.    The bills so admitted shall be presented to the court reporter for marking in evidence prior to trial.

3.    DAMAGES

a.    All parties seeking special damages shall furnish the other parties with a list thereof not less than 21 days before trial. Written objections thereto may be made not less than 14 days before trial specifying the grounds of objections.

b.    Evidence of special damages claimed, but not timely exhibited to other parties, will not be admitted into evidence unless the ends of justice so require.

4.    AGENCY-TIME AND PLACE-DUTY

a.    Agency and the time and place of the incident involved, if alleged in the complaint, and, if a negligence case, the existence of a duty, are admitted and the parties are deemed correctly named and designated unless specifically denied by answer or unless written objection is made not less than 14 days before trial. The objections shall include the correct name and entity and/or the grounds relied on.

5.    EXPERTS

a.    Unless previously obtained by discovery, each party will furnish to all other parties the names, addresses and qualifications of all expert witnesses expected to testify, together with a brief summary of their opinions. Such disclosure of experts shall be made by the party filing the Motion to Set and Certificate of Readiness not later than the time of filing such motion. Disclosure by all parties shall be made not later than 14 days after the filing of the Motion to Set and Certificate of Readiness.

b.    Disclosure of experts in cases not included in the Fasttrack system shall be made by all parties not less than 60 days before trial.

c.    Unless written objection to the qualifications of an expert is made not later than 30 days before trial, stating grounds, the qualification of such experts will be admitted.

d.    Upon calling an expert to testify at trial, the attorney may state to the Court and jury the name, address and summary of the qualifications of the expert.

6.    JURY INSTRUCTIONS

If the case is to be tried by a jury, requested written charges shall be submitted to the Court not later than the close of the plaintiff's case, subject to supplementation during the course of the trial on matters which could not be reasonably anticipated. Each requested charge will be typed on letter sized paper and identified by the party's last name and shall be numbered.

7.    JURY SELECTION

Before the commencement of trial, the parties will furnish or advise the court, outside the presence of the jury, the names of all insurance companies involved and any special voir dire questions for the purpose of qualifying the jury.

8.    DUTY TO SUPPLEMENT DISCOVERY

All parties are under duty to supplement responses to discovery as provided by Rule 26(e)(3) ARCP which should be done not less than 30 days before trial.

9.    MOTIONS GENERALLY

If motion to strike or motion to dismiss a pleading is filed, the Court will not consider such unless a copy of the pleading sought to be struck or dismissed is attached thereto.

10.    CONFLICTS

In the event of scheduling conflict affected counsel shall comply with the Attorney Calendar Conflict Resolution Order of the Alabama Supreme Court.

It is further ORDERED by the Court that the Court will reconsider any portion of the General Pre-Trial Order upon timely application by any party.

Done this the _____ day of _____

_____
Presiding Judge, John R. Lockett

**UNITED STATES POSTAL SERVICE**

January 21, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 02-CV-2020-900121.00 | Intended Recipient: |
| Document Type: Complaint | ASCENDIUM EDUCATION SOLUTIONS, INC. (D004) |
| Restricted Delivery Requested: No | 2501 INTERNATIONAL LANE |
| | MADISON, WI 53704 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4102 2000 0062 80**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | January 21, 2020, 7:31 am |
| **Location:** | MADISON, WI 53708 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   JACKSON SIDNEY WARREN III
      sid@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  HARBEN CHRISTIAN WILLIAM
     christian@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: UNIVERSITY OF PHOENIX, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D004 ASCENDIUM EDUCATION SOLUTIONS, INC.**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**UNITED STATES POSTAL SERVICE**

January 21, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 02-CV-2020-900121.00 | Intended Recipient: |
| Document Type: Complaint | PIONEER CREDIT RECOVERY, INC.  (D005) |
| Restricted Delivery Requested: No | 641 SOUTH LAWRENCE STREET |
| | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4102 2000 0062 97**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 21, 2020, 12:39 pm |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient: *Heather Wheeler / Heather Wheeler*

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  JACKSON SIDNEY WARREN III
     sid@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   HARBEN CHRISTIAN WILLIAM
      christian@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  UNIVERSITY OF PHOENIX, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D005 PIONEER CREDIT RECOVERY, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**UNITED STATES POSTAL SERVICE**

January 21, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| | Intended Recipient: |
| Case Number: 02-CV-2020-900121.00 | UNIVERSITY OF PHOENIX, INC.  (D001) |
| Document Type: Complaint | 641 SOUTH LAWRENCE STREET |
| Restricted Delivery Requested: No | MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4102 2000 0062 59**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 21, 2020, 12:39 pm |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient:  *Heather Wheeler*

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  JACKSON SIDNEY WARREN III
sid@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  HARBEN CHRISTIAN WILLIAM
christian@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  UNIVERSITY OF PHOENIX, INC. (PRO SE)
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



**AlaFile E-Notice**

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/21/2020

**D001 UNIVERSITY OF PHOENIX, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**UNITED STATES POSTAL SERVICE**

January 23, 2020

Dear Circuit Clerk:

| UJS Information | |
| --- | --- |
| Case Number: 02-CV-2020-900121.00 | Intended Recipient: |
| Document Type: Complaint | NAVIENT CORPORATION  (D003) |
| Restricted Delivery Requested: No | 251 LITTLE FALLS DRIVE |
| | WILMINGTON, DE 19808 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4102 2000 0062 73**.

## Item Details

| | |
| --- | --- |
| **Status:** | Delivered |
| **Status Date / Time:** | January 23, 2020, 11:14 am |
| **Location:** | WILMINGTON, DE 19808 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
| --- | --- |
| **Weight:** | 6.0oz |

## Recipient Signature

| | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  JACKSON SIDNEY WARREN III
     sid@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   HARBEN CHRISTIAN WILLIAM
      christian@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   UNIVERSITY OF PHOENIX, INC. (PRO SE)
      641 SOUTH LAWRENCE STREET
      MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D003 NAVIENT CORPORATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**UNITED STATES POSTAL SERVICE**

January 23, 2020

Dear Circuit Clerk:

| UJS Information |
|---|
| Case Number: 02-CV-2020-900121.00 | Intended Recipient: |
| Document Type: Complaint | THE SALLIE MAE TRUST FOR EDUCATION (D002) |
| Restricted Delivery Requested: No | 1209 ORANGE STREET |
| | WILMINGTON, DE 19801 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4102 2000 0062 66**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 23, 2020, 7:19 am |
| **Location:** | WILMINGTON, DE 19801 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   JACKSON SIDNEY WARREN III
      sid@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   HARBEN CHRISTIAN WILLIAM
      christian@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  UNIVERSITY OF PHOENIX, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



## AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**
**Corresponding To**
CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/23/2020

**D002 THE SALLIE MAE TRUST FOR EDUCATION**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**UNITED STATES POSTAL SERVICE**

January 24, 2020

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 02-CV-2020-900121.00 | Intended Recipient: |
| Document Type: Complaint | CENTRAL RESEARCH, INC.  (D006) |
| Restricted Delivery Requested: No | 6 OFFICE PARK CIRCLE #100 |
| | MOUNTAIN BROOK, AL 35233 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4102 2000 0063 03**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 24, 2020, 3:48 pm |
| **Location:** | BIRMINGHAM, AL 35223 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**AlaFile E-Notice**

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   JACKSON SIDNEY WARREN III
      sid@jacksonfosterlaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   HARBEN CHRISTIAN WILLIAM
      christian@jacksonfosterlaw.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  UNIVERSITY OF PHOENIX, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was served on 1/24/2020

**D006 CENTRAL RESEARCH, INC.**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

**STATE OF ALABAMA**

Unified Judicial System

02-MOBILE

Revised 3/5/08

☐ District Court  ☑ Circuit Court

ELECTRONICALLY FILED
2/13/2020 3:42 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

Cas...  CV2...

| WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL | **CIVIL MOTION COVER SHEET** |
|---|---|
| | *Name of Filing Party:* D006 - CENTRAL RESEARCH, INC. |

*Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*

LESLIE K EASON

55 Ivan Allen Jr. Blvd., NW, Suite 750

ATLANTA, GA 30308

*Attorney Bar No.:* WIL318

☐ Oral Arguments Requested

**TYPE OF MOTION**

| Motions Requiring Fee | Motions Not Requiring Fee |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e.Summary Judgment, Judgment on the Pleadings, orother Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative SummaryJudgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| ☐ Renewed Dispositive Motion(Summary Judgment,Judgment on the Pleadings, or other DispositiveMotion not pursuant to Rule 12(b)) ($50.00) | ☐ Designate a Mediator |
| | ☐ Judgment as a Matter of Law (during Trial) |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Disburse Funds |
| ☐ Motion to Intervene ($297.00) | ☑ Extension of Time |
| ☐ Other _____ | ☐ In Limine |
| pursuant to Rule _____ ($50.00) | ☐ Joinder |
| | ☐ More Definite Statement |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| | ☐ Objection of Exemptions Claimed |
| ☐ Local Court Costs $ 0 | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed  or are filing contemporaneously with this motion an Affidavit of Substantial Hardship or if you are filing on behalf of an agency or department of the State, county, or municipal government. (Pursuant to §6-5-1 Code of Alabama (1975), governmental entities are exempt from prepayment of filing fees) ☐ | Date:<br>2/13/2020 3:40:10 PM | Signature of Attorney or Party<br>/s/ LESLIE K EASON |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.

ELECTRONICALLY FILED
2/13/2020 3:42 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| **WANDA WINBORN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:** |
| | ) | **02-CV-2020-900121.00** |
| **UNIVERSITY OF PHOENIX, INC.;** | ) | |
| **THE SALLIE MAE TRUST FOR** | ) | |
| **EDUCATION; NAVIENT** | ) | |
| **CORPORATION;** | ) | |
| **ASCENDIUM EDUCATION** | ) | |
| **SOLUTIONS, INC.;** | ) | |
| **PIONEER CREDIT RECOVERY,** | ) | |
| **INC.; CENTRAL RESEARCH INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT CENTRAL RESEARCH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FIRST SET OF DISCOVERY TO DEFENDANT

Defendant Central Research, Inc. ("Defendant" or "CRI"), by and through its undersigned counsel, hereby files this unopposed motion for an extension of time to file its response to Plaintiff's Complaint and First Set of Discovery up to and including March 24, 2020. The undersigned counsel has conferred with Plaintiff's counsel regarding the instant request, and Plaintiff's counsel does not oppose the extension requested herein.

Wherefore, Defendant respectfully requests that the Court extend the deadline to answer or otherwise respond to Plaintiff's Complaint and First Set of Discovery to March 24, 2020.

Respectfully submitted this 13th day of February, 2020.

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ Leslie K. Eason*
Leslie K. Eason
Alabama Bar. No. ASB 3405 L62W
2700 Corporate Drive, Suite 200

1

Birmingham, AL 35242
Tel: (205) 980-8200
Fax: (205) 383-2816
Email: leason@grsm.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FIRST SET OF DISCOVERY TO DEFENDANT** with the Clerk of Courts using the electronic filing system, which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 13th day of February, 2020.

**GORDON REES SCULLY MANSUKHANI, LLP**

/s/ *Leslie K. Eason*
COUNSEL



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   LESLIE K EASON
      leason@gordonrees.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:    2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   UNIVERSITY OF PHOENIX, INC. (PRO SE)
      641 SOUTH LAWRENCE STREET
      MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:     2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:      2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:      2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:     2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:     2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To: CENTRAL RESEARCH, INC. (PRO SE)
6 OFFICE PARK CIRCLE #100
MOUNTAIN BROOK, AL, 35233-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:     2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   JACKSON SIDNEY WARREN III
      sid@jacksonfosterlaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:      2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   HARBEN CHRISTIAN WILLIAM
      christian@jacksonfosterlaw.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

The following matter was FILED on 2/13/2020 3:42:31 PM

**D006 CENTRAL RESEARCH, INC.**

MOTION FOR EXTENSION OF TIME

[Filer: EASON LESLIE KALI]

Notice Date:     2/13/2020 3:42:31 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov

ELECTRONICALLY FILED
2/13/2020 4:09 PM
02-CV-2020-900121.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| WANDA WINBORN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:      CV-2020-900121.00 |
| | ) | |
| UNIVERSITY OF PHOENIX, INC.; | ) | |
| THE SALLIE MAE TRUST FOR | ) | |
| EDUCATION; | | |
| NAVIENT CORPORATION; | ) | |
| ASCENDIUM EDUCATION SOLUTIONS, | ) | |
| INC.; et al., | | |
| Defendants. | ) | |

## ORDER

The Unopposed Motion for Extension of Time, filed by Defendant Central Research Inc., is GRANTED.   The Defendant is hereby granted until March 24, 2020 to respond to the Complaint and Plaintiff's First Set of Discovery.

**DONE this 13th day of February, 2020.**

**/s/ BEN H. BROOKS**
**CIRCUIT JUDGE**



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   JACKSON SIDNEY WARREN III
sid@jacksonfosterlaw.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  HARBEN CHRISTIAN WILLIAM
     christian@jacksonfosterlaw.com

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   EASON LESLIE KALI
      leason@gordonrees.com

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          BHB

Notice Date:    2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  UNIVERSITY OF PHOENIX, INC. (PRO SE)
     641 SOUTH LAWRENCE STREET
     MONTGOMERY, AL, 36104-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:   THE SALLIE MAE TRUST FOR EDUCATION (PRO SE)
1209 ORANGE STREET
WILMINGTON, DE, 19801-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          BHB

Notice Date:    2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  NAVIENT CORPORATION (PRO SE)
251 LITTLE FALLS DRIVE
WILMINGTON, DE, 19808-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            BHB

Notice Date:      2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  ASCENDIUM EDUCATION SOLUTIONS, INC. (PRO SE)
2501 INTERNATIONAL LANE
MADISON, WI, 53704-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          BHB

Notice Date:    2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov



AlaFile E-Notice

02-CV-2020-900121.00

Judge: BEN H. BROOKS

To:  PIONEER CREDIT RECOVERY, INC. (PRO SE)
641 SOUTH LAWRENCE STREET
MONTGOMERY, AL, 36104-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

WANDA WINBORN V. UNIVERSITY OF PHOENIX, INC. ET AL
02-CV-2020-900121.00

A court action was entered in the above case on 2/13/2020 4:09:54 PM

ORDER

[Filer: ]

Disposition:     GRANTED
Judge:           BHB

Notice Date:     2/13/2020 4:09:54 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
CIRCUIT CIVIL DIVISION
205 GOVERNMENT STREET
MOBILE, AL, 36644

251-574-8420
charles.lewis@alacourt.gov