# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| WANDA WINBORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No. _____ |
| UNIVERSITY OF PHOENIX, INC.; | ) | |
| THE SALLIE MAE TRUST FOR | ) | |
| EDUCATION; NAVIENT CORPORATION; | ) | |
| ASCENDIUM EDUCATION SOLUTIONS, | ) | |
| INC.; PIONEER CREDIT RECOVERY, INC.; | ) | |
| CENTRAL RESEARCH INC., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## DECLARATION

I, Jeffery Crosby, declare as follows:

1. I am an employee of Ascendium Education Solutions, Inc. ("Ascendium"). I am over the age of eighteen, and am fully competent to make this declaration. I am employed by Ascendium in the position of President and Chief Executive Officer. I am familiar with the recordkeeping and policies of Ascendium, and I make this Declaration on the basis of my personal knowledge or upon my review of the records of Ascendium of which I am a custodian, which are maintained in the ordinary course of business. If called to testify, I could and would competently swear to such facts.

2. Ascendium is the guaranty agency for eight (8) loan disbursements ("2005 Loans") obtained by Wanda Winborn under a Federal Stafford Loan Master Promissory Note made under the Federal Family Education Program and dated May 13, 2005 ("2005 MPN").

3. On or about June 10, 2019, the 2005 Loans were transferred to Ascendium due to its payment of a default claim to the prior servicer of the 2005 Loans.

4. Attached as **Exhibit C-1** is a true and correct copy of the payment history for the 2005 Loans through January 28, 2020, reflecting a total unpaid balance of $78,388.58.

5. The document attached hereto as **Exhibit C-1** is a business record obtained from Ascendium's systems of record in connection with Ms. Winborn's account for the 2005 Loans. Ascendium (i) contemporaneously maintains the business records in its systems of record in the ordinary course of its business; (ii) the business records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters; (iii) the business records are kept in the course of the regularly conducted activity; (iv) the business records are made by the regularly conducted activity as a regular practice; (v) Ascendium's systems of record are reliable; (vi) Ascendium has developed procedures whereby it maintains the records associated with its student loan accounts by contemporaneously inputting recorded or logged information into its systems of record; (vii) this procedure has built-in safeguards to provide for the accuracy and identify of the data; (viii) Ascendium keeps its systems of record in a good state of repair; and (ix) I recognize **Exhibit C-1** as a true and correct copy of a business record obtained from Ascendium's systems of record for Ms. Winborn's account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of February 2020.

_____
Jeffery Crosby

# EXHIBIT C-1



Payment History for Defaulted Account          01/28/2020

#BWCDMPG
▮▮▮▮▮▮▮▮▮▮0009#  CS
WANDA WINBORN
2391 RANDLETT TRCE
MOBILE, AL  36695-3646

Guarantor: ASCENDIUM EDUCATION SOLUTIONS, INC.
Loans:

| Application Date | Loan Type | Loan Status |
|---|---|---|
| 06/22/2005 | FEDERAL SUBSIDIZED STAFFORD LOAN | ACTIVE |
| 06/22/2005 | FEDERAL UNSUBSIDIZED STAFFORD LOAN | ACTIVE |
| 05/10/2006 | FEDERAL SUBSIDIZED STAFFORD LOAN | ACTIVE |
| 05/10/2006 | FEDERAL UNSUBSIDIZED STAFFORD LOAN | ACTIVE |
| 02/26/2007 | FEDERAL SUBSIDIZED STAFFORD LOAN | ACTIVE |
| 02/26/2007 | FEDERAL UNSUBSIDIZED STAFFORD LOAN | ACTIVE |
| 10/19/2007 | FEDERAL SUBSIDIZED STAFFORD LOAN | ACTIVE |
| 10/19/2007 | FEDERAL UNSUBSIDIZED STAFFORD LOAN | ACTIVE |

| Payment Date | Source | Claim Amount | Payment Amount | Applied to Collection Fee | Applied to Interest | Applied to Principal | Outstanding Interest Balance | Outstanding Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 06/10/2019 | PURCH | $38,896.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38,896.37 |
| 06/10/2019 | PURCH | $30,020.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,020.19 |

Outstanding Balances Summary as of 01/28/2020

| | |
|---|---|
| Principal | $68,916.56 |
| Interest | $2,581.08 |
| Collection Fees | $6,890.94 |
| Total Amount Due at 01/28/2020 | $78,388.58 |

THIS IS THE PAYOFF AMOUNT AS OF 01/28/2020.
FOR A CURRENT PAYOFF BALANCE OR IF YOU HAVE OTHER QUESTIONS, PLEASE CALL 1-866-348-0715.

*For accounts paid by a Federal Direct Consolidation loan, 18.5% of the outstanding principal and interest is added to your balance as collection costs at the time the consolidation occurs. These collection costs are not reflected on the Ascendium payment history. Please contact the Direct Loans servicer who originated your Direct Consolidation Loan to obtain your current balance.*

Residents of CA, CT, DC, IA, MI, NC, OR, and VT: Under the law of these states, Ascendium is considered a debt collector and we are required to disclose that any information we obtain may be used to collect your student loans.

*This information is only valid as of the date of this statement.*

#003571                                                                                                      Page: 1



## Explanation of Payment History

The enclosed payment history is an accurate record of your account as of the date that it was generated. Your outstanding balance will change if payments were received after the date the payment history was generated, if a payment shown on the history was subsequently removed due to insufficient funds, or if any additional loan(s) recently defaulted.

Definitions for the codes contained in the "Source" column of the payment history are as follows:

| Code | Definition |
|---|---|
| ADJPMT | Adjustment Payment - Balance adjustment due to reallocation, refund, offset reversal, injured spouse, or injured spouse reversal |
| AWGPMT | Administrative Wage Garnishment Payment - Payment from your employer |
| BORPMT | Borrower Payment - Payment from (or made on behalf of) you |
| CONSOL | Consolidation - Balance transferred to the lender to include your loan(s) as part of your new consolidation loan |
| DEFREV | Default Reversal - Balance transferred to the lender |
| ECMCRT | ECMC Return - Balance transferred from Educational Credit Management Corporation (ECMC) |
| GUAROP | Guarantor Operation - Adjustment to your balance |
| INTCHG | Interest Rate Change - Adjustment to your Interest Rate |
| OFST-T | Treasury Offset Payment due to the interception of your Federal tax refund or other Federal payment |
| OFST-S | State Offset Payment due to the interception of your State tax refund |
| LDRFWD | Lender Forwarding - Payment forwarded by your lender |
| OVRPMT | Overpayment - Amounts over $5.00 will be mailed to you within 60 days |
| PURCH | Purchase - Balance transferred from the lender/servicer that previously handled your account |
| REAWGB | Administrative Wage Garnishment Payment - Re-entered Payment from employer received by collection agency |
| REHAB | Rehabilitation - Balance transferred to the lender to successfully complete your rehabilitation program |
| REVWO | Reversal Write Off - Reversing Adjustment to your balance |
| SCHOOL | School Refund - Payment from the school to refund part or all of a loan disbursement |
| WRTOFF | Write-Off - Adjustment to your balance |

Interest accrues on your account daily based on the Outstanding Principal Balance. Please follow the directions at the bottom of the payment history to obtain a current payoff amount.

For any loan(s) transferred to the U.S. Department of Education (or one of its contractors), you need to contact that entity to obtain current information for your account.

003571