**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
DIVISION**

|  |  |  |
|---|---|---|
| _____ | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. _____ |
| | ) ) | |
| _____ | ) | |
| Defendant. | ) | |

## <u>DISCLOSURE STATEMENT</u>

COMES NOW _____, a                          in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

☐   This party is an individual, or

☐   This party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                          <u>Relationship to Party</u>

_____          _____

_____          _____

_____          _____

_____          _____
Date                          Counsel Signature

_____
Counsel for (print names of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number

Rev. 1/2016

## <u>CERTIFICATE OF SERVICE</u>

I,_____, do hereby certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____ day of _____ 20____, to:

_____

_____

_____

_____

_____

_____

_____          _____
Date                                                            Signature

Rev. 1/2016