# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WANDA WINBORN,<br><br>      **Plaintiff,**<br><br>vs.<br><br>UNIVERSITY OF PHOENIX, INC.;<br>THE SALLIE MAE TRUST FOR<br>EDUCATION; NAVIENT CORPORATION;<br>ASCENDIUM EDUCATION SOLUTIONS,<br>INC.; PIONEER CREDIT RECOVERY, INC.;<br>CENTRAL RESEARCH INC.,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:20-cv-101<br>)<br>)<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED[1]<br>) |

**APPENDIX TO DEFENDANTS NAVIENT CORPORATION, PIONEER CREDIT RECOVERY, INC., THE SALLIE MAE TRUST FOR EDUCATION, AND ASCENDIUM EDUCATION SOLUTIONS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND BRIEF IN SUPPORT**

    **Exhibit A:**    Federal Student Aid Portfolio Summary

    **Exhibit B:**    Statement of Interest in *Student Loan Servicing Alliance v. Taylor*

    **Exhibit C:**    2005 Federal Stafford Loan Master Promissory Note

    **Exhibit D:**    2008 Federal Stafford Loan Master Promissory Note

    **Exhibit E:**    NSLDS Records

    **Exhibit F:**    The Department's 1990 Notice of Interpretation

    **Exhibit G:**    The Department's 2018 Notice of Interpretation

    **Exhibit H:**    Florida Department of Education FFELP Loan Originators Report

---

[1] Ms. Winborn has demanded a trial by jury. No defendant has joined in that demand.