# EXHIBIT 1

**REDACTED**

REMIT TO: UNIVERSITY OF PHOENIX

CUSTOMER ACCOUNT HISTORY
CUSTOMER NAME: WINBORN, WANDA C
CUSTOMER NO.:

| INVOICE NUMBER | COURSE ID | INVOICE TYPE | INVOICE/ COURSE DATE | INVOICE/ COURSE AMOUNT | TAX RATE | TAX AMOUNT | PAYMENT ACTIVITY | | | OTHER ACTIVITY | | OPEN AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DATE | NUMBER | TYPE | APPL. AMOUNT | DATE REASON AMOUNT | |
| | | ONL-Invoic | 17-May-05 | 110.00 | | | 24-Jun-05 | | FA_SFSL | -667.50 | | 0.00 |
| | | ONL-Invoic | 31-May-05 | 1380.00 | | | 29-Jun-05 | | PELL-01 | -650.00 | | 0.00 |
| | | | | | | | 18-Jul-05 | | CHECK | -62.50 | | |
| | | ONL-Invoic | 31-May-05 | 60.00 | | | 24-Jun-05 | | FA_UFSL | -2425.00 | | 0.00 |
| | | ONL-Debit | 05-Jul-05 | 4425.00 | | | 24-Jun-05 | | FA_SFSL | -2000.00 | | 0.00 |
| | | ONL-Invoic | 12-Jul-05 | 1380.00 | | | 18-Jul-05 | | CHECK | -1380.00 | | 0.00 |
| | | ONL-Invoic | 12-Jul-05 | 60.00 | | | 18-Jul-05 | | CHECK | -60.00 | | 0.00 |
| | | ONL-Invoic | 16-Aug-05 | 1425.00 | | | 18-Jul-05 | | CHECK | -1380.00 | | 0.00 |
| | | ONL-Invoic | 16-Aug-05 | 70.00 | | | 18-Jul-05 | | CHECK | -60.00 | | 0.00 |
| | | ONL-Invoic | 20-Sep-05 | 1425.00 | | | 18-Jul-05 | | CHECK | -1380.00 | | 0.00 |
| | | ONL-Invoic | 25-Oct-05 | 1425.00 | | | 18-Jul-05 | | CHECK | -102.50 | | 0.00 |
| | | | | | | | 19-Dec-05 | | FA_SFSL | -1277.50 | | |
| | | ONL-Invoic | 29-Nov-05 | 1425.00 | | | 19-Dec-05 | | FA_SFSL | -1380.00 | | 0.00 |
| | | ONL-Invoic | 29-Nov-05 | 70.00 | | | 19-Dec-05 | | FA_UFSL | -60.00 | | 0.00 |
| | | | | | | | 19-Dec-05 | | FA_SFSL | -10.00 | | |
| | | ONL-Invoic | 10-Jan-06 | 70.00 | | | 19-Dec-05 | | FA_UFSL | -70.00 | | 0.00 |
| | | ONL-Invoic | 10-Jan-06 | 1425.00 | | | 19-Dec-05 | | FA_UFSL | -1380.00 | | 0.00 |
| | | ONL-Invoic | 14-Feb-06 | 1425.00 | | | 19-Dec-05 | | FA_UFSL | -915.00 | | 0.00 |
| | | | | | | | 06-Feb-06 | | WEB VIS | -465.00 | | |
| | | ONL-Invoic | 14-Feb-06 | 70.00 | | | 06-Feb-06 | | WEB VIS | -70.00 | | 0.00 |
| | | ONL-Invoic | 21-Mar-06 | 70.00 | | | 12-May-06 | | FA_SFSL | -70.00 | | 0.00 |
| | | ONL-Invoic | 21-Mar-06 | 1425.00 | | | 06-Feb-06 | | WEB VIS | -10.00 | | 0.00 |
| | | | | | | | 12-May-06 | | FA_SFSL | -1370.00 | | |
| | | ONL-Invoic | 25-Apr-06 | 1425.00 | | | 12-May-06 | | FA_SFSL | -1310.00 | | 0.00 |
| | | | | | | | 12-May-06 | | FA_UFSL | -70.00 | | |
| | | ONL-Invoic | 25-Apr-06 | 70.00 | | | 12-May-06 | | FA_UFSL | -70.00 | | 0.00 |
| | | ONL-Invoic | 30-May-06 | 1425.00 | | | 12-May-06 | | FA_UFSL | -1380.00 | | 0.00 |
| | | ONL-Invoic | 30-May-06 | 70.00 | | | 12-May-06 | | FA_UFSL | -70.00 | | 0.00 |
| | | ONL-Invoic | 11-Jul-06 | 1482.00 | | | 12-May-06 | | FA_UFSL | -910.00 | | 0.00 |
| | | | | | | | 30-Jun-06 | | WEB VIS | -470.00 | | |

<mark>REDACTED</mark>

CUSTOMER ACCOUNT HISTORY
CUSTOMER NAME: WINBORN, WANDA C
CUSTOMER NO.:

REMIT TO: UNIVERSITY OF PHOENIX

| INVOICE NUMBER | COURSE ID | INVOICE TYPE | INVOICE/ COURSE DATE | INVOICE/ COURSE AMOUNT | TAX RATE | TAX AMOUNT | PAYMENT ACTIVITY DATE | NUMBER | TYPE | APPL. AMOUNT | OTHER ACTIVITY DATE | REASON | AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ONL-Invoic | 11-Jul-06 | 75.00 | | | 30-Jun-06 | | WEB VIS | -70.00 | | | | 0.00 |
| | | ONL-Invoic | 15-Aug-06 | 75.00 | | | 19-Sep-06 | | FA_SFSL | -75.00 | | | | 0.00 |
| | | ONL-Invoic | 15-Aug-06 | 1482.00 | | | 30-Jun-06 | | WEB VIS | -10.00 | | | | 0.00 |
| | | | | | | | 19-Sep-06 | | FA_SFSL | -1370.00 | | | | |
| | | ONL-Invoic | 19-Sep-06 | 1482.00 | | | 19-Sep-06 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | | | | | | 19-Sep-06 | | FA_SFSL | -1305.00 | | | | |
| | | ONL-Invoic | 19-Sep-06 | 75.00 | | | 19-Sep-06 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | ONL-Invoic | 31-Oct-06 | 75.00 | | | 19-Sep-06 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | ONL-Invoic | 31-Oct-06 | 1482.00 | | | 19-Sep-06 | | FA_UFSL | -1380.00 | | | | 0.00 |
| | | ONL-Invoic | 12-Dec-06 | 1482.00 | | | 19-Sep-06 | | FA_UFSL | -820.00 | | | | 0.00 |
| | | | | | | | 05-Dec-06 | | WEB VIS | -560.00 | | | | |
| | | ONL-Invoic | 12-Dec-06 | 75.00 | | | 19-Sep-06 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | ONL/AL-Inv | 30-Jan-07 | 1482.00 | | | 28-Feb-07 | | FA_SFSL | -93.75 | | | | 0.00 |
| | | | | | | | 28-Feb-07 | | FA_SFSL | -1286.25 | | | | |
| | | ONL/AL-Inv | 30-Jan-07 | 75.00 | | | 28-Feb-07 | | FA_SFSL | -75.00 | | | | 0.00 |
| | | ONL/AL-Inv | 06-Mar-07 | 1482.00 | | | 28-Feb-07 | | FA_UFSL | -1068.75 | | | | 0.00 |
| | | | | | | | 17-Apr-07 | | FA_SFSL | -311.25 | | | | |
| | | ONL/AL-Inv | 06-Mar-07 | 75.00 | | | 28-Feb-07 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | ONL/AL-Inv | 10-Apr-07 | 1482.00 | | | 17-Apr-07 | | FA_UFSL | -330.00 | | | | 0.00 |
| | | | | | | | 17-Apr-07 | | FA_SFSL | -1050.00 | | | | |
| | | ONL/AL-Inv | 10-Apr-07 | 75.00 | | | 17-Apr-07 | | FA_UFSL | -75.00 | | | | 0.00 |
| | | ONL/AL-Inv | 15-May-07 | 1482.00 | | | 17-Apr-07 | | FA_UFSL | -832.50 | | | | 0.00 |
| | | | | | | | 03-May-07 | | CC_VISA | -547.50 | | | | |
| | | ONL/AL-Inv | 15-May-07 | 75.00 | | | 03-May-07 | | CC_VISA | -75.00 | | | | 0.00 |
| | | ONL-Invoic | 28-Jun-07 | 65.00 | | | 28-Jun-07 | | WEB VIS | -65.00 | | | | 0.00 |
| | | OSR-Invoic | 09-Jul-07 | 0.00 | | | | | | | | | | 0.00 |
| | | OSR-Invoic | 25-Jul-07 | 0.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 31-Jul-07 | 1836.00 | | | 03-May-07 | | CC_VISA | -757.50 | | | | 0.00 |
| | | | | | | | 11-Oct-07 | | WEB VIS | -1078.50 | | | | |
| | | ONL/AL-Inv | 31-Jul-07 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 11-Sep-07 | 1836.00 | | | 25-Oct-07 | | FA_SFSL | -1836.00 | | | | 0.00 |
| | | ONL/AL-Inv | 11-Sep-07 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 23-Oct-07 | 1836.00 | | | 25-Oct-07 | | FA_SFSL | -944.00 | | | | 0.00 |
| | | | | | | | 25-Oct-07 | | FA_UFSL | -892.00 | | | | |
| | | ONL/AL-Inv | 23-Oct-07 | 95.00 | | | | | | | | | | 0.00 |

REDACTED

CUSTOMER ACCOUNT HISTORY
CUSTOMER NAME: WINBORN, WANDA C
CUSTOMER NO.:

REMIT TO: UNIVERSITY OF PHOENIX

| INVOICE NUMBER | COURSE ID | INVOICE TYPE | INVOICE/ COURSE DATE | INVOICE/ COURSE AMOUNT | TAX RATE | TAX AMOUNT | DATE | NUMBER | TYPE | APPL. AMOUNT | DATE | REASON | AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ONL-Debit | 01-Nov-07 | 2117.00 | | | 25-Oct-07 | | FA_SFSL | -95.00 | | | | 0.00 |
| | | | | | | | 25-Oct-07 | | FA_UFSL | -2022.00 | | | | |
| | | ONL/AL-Inv | 04-Dec-07 | 1836.00 | | | 25-Oct-07 | | FA_UFSL | -1836.00 | | | | 0.00 |
| | | ONL/AL-Inv | 04-Dec-07 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 29-Jan-08 | 1836.00 | | | 30-Nov-07 | | WEB VIS | -1836.00 | | | | 0.00 |
| | | ONL/AL-Inv | 29-Jan-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL-Debit | 12-Feb-08 | 2117.00 | | | 06-Feb-08 | | FA_UFSL | -2117.00 | | | | 0.00 |
| | | ONL/AL-Inv | 11-Mar-08 | 1836.00 | | | 06-Feb-08 | | FA_SFSL | -1836.00 | | | | 0.00 |
| | | ONL/AL-Inv | 11-Mar-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 22-Apr-08 | 1836.00 | | | 06-Feb-08 | | FA_UFSL | -1836.00 | | | | 0.00 |
| | | ONL/AL-Inv | 22-Apr-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 10-Jun-08 | 1836.00 | | | 06-Feb-08 | | FA_SFSL | -1039.00 | | | | 0.00 |
| | | | | | | | 06-Feb-08 | | FA_UFSL | -797.00 | | | | |
| | | ONL/AL-Inv | 10-Jun-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 22-Jul-08 | 1875.00 | | | 29-Aug-08 | | FA_SFSL | -1875.00 | | | | 0.00 |
| | | ONL/AL-Inv | 22-Jul-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL/AL-Inv | 02-Sep-08 | 1875.00 | | | 29-Aug-08 | | FA_SFSL | -374.56 | | | | 0.00 |
| | | | | | | | 29-Aug-08 | | FA_UFSL | -1500.44 | | | | |
| | | ONL/AL-Inv | 02-Sep-08 | 95.00 | | | 29-Aug-08 | | FA_SFSL | -40.44 | | | | 0.00 |
| | | ONL-Debit | 07-Sep-08 | 135.44 | | | 29-Aug-08 | | FA_UFSL | -95.00 | | | | 0.00 |
| | | | | | | | 29-Aug-08 | | FA_SFSL | -1875.00 | | | | |
| | | ONL/SEST-I | 14-Oct-08 | 1875.00 | | | | | | | | | | 0.00 |
| | | ONL/SEST-I | 14-Oct-08 | 95.00 | | | | | | | | | | 0.00 |
| | | ONL-Debit | 23-Oct-08 | 5760.44 | | | 21-Oct-08 | | FA_SFSL | -4165.00 | | | | 0.00 |
| | | | | | | | 21-Oct-08 | | FA_UFSL | -1595.44 | | | | |
| | | ONL-Invoic | 04-Dec-08 | 0.00 | | | | | | | | | | 0.00 |

INVOICE TOTAL    66295.88    0.00    -63742.88    0.00

UNAPPLIED PAYMENT ACTIVITY

UNAPPLIED TOTAL